UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KEVIN L. HAYES SR.,

    Petitioner,

v.

DERRAL G. ADAMS, Warden,

    Respondent.

Case No. CV 10-7561-DMG (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied and the above-entitled action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 29, 2011

Dolly M. Gee
United States District Judge