JS-6 / ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED

JAN - 3 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

KEVIN L. HAYES SR.,

        Petitioner,

        v.

DERRAL G. ADAMS, Warden,

        Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 10-7561-DMG (MLG)

JUDGMENT

    IT IS ADJUDGED that the petition is denied and the above-entitled action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:   December 29, 2011

_____
Dolly M. Gee
United States District Judge